

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2022

No. 04-22-00572-CV

**FRITZ MANAGEMENT, LLC**, Fries Restaurant Management, LLC, and Sun Holdings, Inc.,
Appellants

v.

**ALFORTISH CONTRACTORS, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI07323
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On September 2, 2022, appellants filed a notice of interlocutory appeal seeking to appeal the trial court's denial of their motion to compel arbitration. On September 23, 2022, we issued an order stating the clerk's record did not contain an order denying appellants' motion to compel arbitration and ordered appellants to show cause why this appeal should not be dismissed. We noted, if a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. We suspended all deadlines in this appeal until further order of the court.

On October 4, 2022, a supplemental clerk's record was filed containing a signed order denying appellants' motion to compel arbitration. Because the appellate record has been filed, we ORDER appellants' brief due on or before **October 27, 2022**. Further briefing, including the filing of Appellee's brief, is due in accordance with rule 38.6 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.6.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2022.



MICHAEL A. CRUZ, Clerk of Court